|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    v.<br><br>IGNACIO SANCHEZ,<br>    AKA "GIDDY";<br>RAY PINON,<br>    AKA "LIL RAY";<br>BENNY GONZALES,<br>    AKA "HUERO";<br>RAMONA FELISCIANO;<br>JENNIFER ESCOBEDO;<br>ARMANDO ALFARO,<br>    AKA "WHISPER";<br>LUIS AMARO AGUILAR;<br>SERVANDO AYALA;<br>CARLY BALBOA;<br>TIMOTHY CHENOT,<br>    AKA "LIL WHISPER";<br>BARBARA DIAZ;<br>BRIAN FORNES;<br>SUSANNA GARCIA;<br>AXEL GUEVARA,<br>    AKA "ACTION";<br>CARLOS GUILLEN,<br>    AKA "C-DOG";<br>GILBERTO HERNANDEZ;<br>ANTHONY JEFF;<br>    AKA "ENVY";<br>JOSE LICEA, | CASE NO. 1:25-MJ-72<br><br>ORDER UNSEALING COMPLAINT |

| | |
|---|---|
| 1 | AKA "T-BIRD"; |
| | VICTORIA LIMA; |
| 2 | ANGEL SOLORIO LOPEZ, |
| |    AKA "RONZO"; |
| 3 | RICARDO LOPEZ, |
| 4 |    AKA "R-DOG"; |
| | DAMIEN MURPHY; |
| 5 | BRIDGETT MURPHY; |
| | RICARDO NUNEZ; |
| 6 | LAURA PLASENCIA, |
| 7 |    AKA "LP"; |
| | GRACIE PULIDO; |
| 8 | JESUS QUESADA, |
| |    AKA "ROJO"; |
| 9 | DANIEL LOUBET ROMERO, |
| 10 |    AKA "TOPO"; |
| | DEBBIE SANCHEZ; |
| 11 | NAUL SANDOVAL; |
| | ANGEL SOTO RIOS; |
| 12 | RODRIGO RUVALCABA, |
| 13 |    AKA "REGAL"; |
| | VICTOR TAMAYO; |
| 14 | ALEXANDER VASQUEZ, |
| |    AKA "A-DOG"; |
| 15 | HEMIR ALONSO FEVELA VELAZQUEZ; |
| | HERMAN VIERRA JR.; |
| 16 | LOUIS BONILLA; and |
| | CRYSTAL MARTINEZ, |
| 17 |                     Defendants. |

Good cause due to the defendants; pending appearances on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint and Arrest Warrants for the above-captioned case, be UNSEALED.

IT IS SO ORDERED.

Dated: **June 26, 2025**

_____
STANLEY A. BOONE
United States Magistrate Judge